

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Darrel Wayne Brown v. The State of Texas

Appellate case number:   01-19-00440-CR

Trial court case number:  1487463

Trial court:             228th District Court of Harris County

  Appellee, the State of Texas, has requested an extension of time in which to file its brief. Appellee's motion is **granted.** Appellee's brief is due April 27, 2020.

  It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
            Acting individually

Date: April 2, 2020